UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUCK C. AMAJIOYI, | No. 2:20-cv-2292 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| BIOMARIN PHARMACEUTICAL, INC., | |
| Defendant. | |

Plaintiff Chuck C. Amajioyi is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On November 17, 2020, plaintiff filed a complaint and paid the applicable filing fee. (ECF No. 1.) Accordingly, a summon was issued to plaintiff for service on the defendant. (ECF No. 2.)

On December 4, 2020, plaintiff filed a document asking if plaintiff needed "to serve the defendant or is the court going to appoint someone who will serve the defendant?" (ECF No. 4.) Plaintiff is advised that pursuant to Rule 4 of the Federal Rules of Civil Procedure generally a "plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1).

////

Going forward, plaintiff should consult the Federal Rules of Civil Procedure and the Local Rules.

IT IS SO ORDERED.

Dated: April 5, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\amajioyi2292.req.serv.ord